UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Thaddeus Boyd Dawson, Jr. and natasha Leigh Dawson**
a/k/a Natasha Leigh Armstrong
S.S. Nos.: xxx-xx-5366 and xxx-xx-6238
Mailing Address: 2635 Ardsley Drive, Durham, NC 27704-

Case No. 09-80270

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on February 18, 2009.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: March 25, 2009

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 1/7/09
Lastname-SS#: Dawson-Thaddeus-5366

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Verizon | | Cell Phone |
| Sprint | | Cell Phone |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| Countrywide-1st DOT | 1 | $2,280 | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Countrywide-1st DOT | 1 | $1,140 | N/A | n/a | $1,140.00 | Residence |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| BB&T-910-Trade | 7 | $18,468 | 7.00 | $130 | $373.68 | 2003 Infinti G35 |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |
| | | | 7.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= $1,412 | $57,904 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$2,684** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **1.42** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAB     (Page 4 of 4)
Ch13Plan_MD_(New_DeSardi) (9/24/08) © John T. Orcutt

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
_____
Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

College Foundation, Inc.
2917 Highwoods Blvd.
Raleigh, NC 27604

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

American Express
Post Office Box 981535
El Paso, TX 79998-1535

Countrywide Home Loans
Post Office Box 5170
SVB-314
Simi Valley, CA 93062-5170

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

American General Financial Services
3808 Guess Road, Suite D
Durham, NC 27705

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

American Honda Finance Corp
Post Office Box 1844
Alpharetta, GA 30023

Discover Card
Post Office Box 30943
Salt Lake City, UT 84130

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

BB&T Consumer Collections Dept.
PO Box 1793
Charleston, WV 25326

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Capital One
Post Office Box 30285
Salt Lake City, UT 84130-0285

Encore Receivable Management
PO Box 47248
Oak Park, MI 48237

Experian
P.O. Box 2002
Allen, TX 75013-2002

Child Support Enforcement
Post Office Box 20800
Raleigh, NC 27619-0800

Forster & Garbus, Attorneys
Post Office Box 9030
Farmingdale, NY 11735-9030

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Coastal Federal Credit Union
Cardmember Services
PO Box 30495
Tampa, FL 33630

GEMB/Rooms To Go
Attn: Bankruptcy Dept.
PO Box 981127
El Paso, TX 79998

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Coastal Federal Credit Union **
P.O. Box 58429
Raleigh, NC 27658

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Nationwide Credit, Inc.
2015 Vaughn Road
Kennesaw, GA 30144-7802


NCO Financial Systems
Post Office Box 61247
Dept 64
Virginia Beach, VA 23466


North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000


North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168


Target
c/o Retailers National Bank
Post Office Box 1581
Minneapolis, MN 55440-1581


Time Warner Cable
Attn: Collections
2505 Atlantic Avenue
Raleigh, NC 27604


WFNNB/Express
Bankrutpcy Dept.
PO Box 182125
Columbus, OH 43218